1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARRETT MCGRATH AND BARBARA MCGRATH,<br><br>                    Plaintiffs,<br>         v.<br><br>LIBERTY MUTUAL FIRE INSURANCE CO., ET AL.,<br><br>                    Defendants.<br>_____ | Case No.: C 10-05263 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On November 29, 2010, Defendant Liberty Mutual Fire Insurance Company filed a motion to dismiss Defendant Carlos Encinas. This case has been assigned to a magistrate judge. Pursuant to Civil Local Rule 73-1(a)(2), no later than one week after that motion was filed each party was required to file wither a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge. None of the parties did so. Therefore,

IT IS HEREBY ORDERED that no later than December 28, 2010, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

1 | www.cand.uscourts.gov.

2 | Dated:   December 20, 2010

3 | _____
PAUL S. GREWAL
United States Magistrate Judge