1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 1/18/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BARRETT MCGRATH, et al.,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, et al.,

Defendants.

Case Number 5:10-cv-05263-JF/PSG

ORDER GRANTING UNOPPOSED
MOTION TO DISMISS DEFENDANT
CARLOS ENCINAS

[re:  document no. 8 ]

On November 29, 2010, Defendant Liberty Mutual Fire Insurance Company filed a

motion to dismiss individual Defendant Carlos Encinas from this action.  On December 10, 2010,

Plaintiffs filed a statement of non-opposition, stating that they do not oppose the motion.

Accordingly, the motion is GRANTED; Carlos Encinas is dismissed from this action.

DATED:  1/18/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-05263-JF/PSG
ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANT CARLOS ENCINAS
(JFLC2)