PAMELA E. COGAN (SBN 105089)
LAURA L. REIDENBACH (SBN 158335)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT MCGRATH and BARBARA MCGRATH,<br><br>                  Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1-50 inclusive,<br><br>                  Defendants | Case No.  5:10-CV-05263 JF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WHICH TO COMPLETE MEDIATION AND RESET FURTHER CASE MANAGEMENT CONFERENCE** |

The parties to this action, plaintiffs BARRETT MCGRATH and BARBARA MCGRATH, and defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through their respective attorneys, stipulate as follows.

WHEREAS the parties were referred to private mediation during the Case Management Conference held on February 25, 2011.  A Further Case Management Conference was set 91 days later to be held on May 27, 2011, the date set for after the time for completion of the private mediation.

WHEREAS the mediation originally set for May 5, 2011 was set per the agreement of the parties and in compliance with ADR L.R. 3.6 to complete the private mediation within 90 days after the entry of an order referring the case to a specific ADR process, unless otherwise ordered.

WHEREAS plaintiff BARRETT MCGRATH has been traveling overseas and otherwise tied up in business commitments and BARBARA MCGRATH has been occupied with a

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    terminally ill parent, so Plaintiffs needed additional time to prepare for mediation.

2        THE PARTIES HEREBY STIPULATE to the rescheduling of the private mediation to

3    commence on June 16, 2011, before Vivien Williamson, Esq. In Oakland, California.

4        THE PARTIES FURTHER STIPULATE that the Further Case Management Conference,

5    currently set for May 27, 2011, at 10:30 a.m., in Courtroom 3, 5th Floor, of this Court, be reset for

6    the new date of July 8, 2011, at 10:30 a.m.

7        IT IS SO STIPULATED.

8

9    DATED:  April 28, 2011          CHILES and PROCHNOW, LLP

10

11                        By:  _____/S/_____
                              ROBERT C. CHILES

12                            Attorney for Plaintiffs
                              BARRETT and BARBARA McGRATH

13   DATED:  April 28, 2011          ROPERS, MAJESKI, KOHN & BENTLEY

14

15                        By:  _____/S/_____
                              PAMELA E. COGAN

16                            LAURA L. REIDENBACH
                              Attorneys for Defendant LIBERTY

17                            MUTUAL FIRE INSURANCE COMPANY

18                                **ORDER**

19        Pursuant to the Court's finding good cause for allowing the private mediation to occur

20   after the 90-day deadline, and allowing the Further Case Management Conference to be reset after

21   the conclusion of said mediation, including consideration of the Stipulation contained herein,

22        PURSUANT TO STIPULATION, IT IS SO ORDERED that the time to complete private

23   mediation is extended to **June 20, 2011,** and the Further Case Management Conference, currently

24   set for May 27, 2011, is reset for **July 8, 2011, at 10:30 a.m., in Courtroom 3, 5th Floor**.

25

26

27   DATED:  ___5/9/11___          _____

28                                THE HONORABLE JEREMY FOGEL
                                  UNITED STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1 | Robert C. Chiles (SBN:056725)
CHILES and PROCHNOW, LLP
2 | 2600 El Camino Real, Suite 412
Palo Alto, California  94306-1719
3 | Telephone:  650-565-8208
Facsimile:   650-565-8221
4 |
Attorneys for Plaintiffs, Barrett McGrath and
5 | Barbara McGrath

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | Barrett McGrath and Barbara McGrath

Case No. 5:10-CV-05263 JF

12 | Plaintiffs,

**DECLARATION OF ROBERT C. CHILES**
13 | **IN SUPPORT OF REQUEST FOR**
**FURTHER CASE MANAGEMENT**
14 | vs. **CONFERENCE**

15 | Liberty Mutual Fire Insurance Company, Carlos
Encinas and DOES 1 - 50

16 | Defendants.

17

18 | I, Robert C. Chiles, declare

19 | 1.   I am the attorney for Barbara and Barrett McGrath in this action.

20 | 2.   The McGraths reside in North Carolina.

21 | 3.   This matter was originally scheduled for a case management conference on May 27, 2011

22 | based upon the expectation that the parties would have completed mediation prior to that

23 | time.  In fact a mediation was scheduled on May 5, 2011 before Vivien Williamson in

24 | Oakland, California.  The McGraths had intended to be in California at that time because

25 | they would also be attending an engagement party for their daughter.

26 | 4.   The McGraths encountered difficulties in producing their documentation.  Most of the

27 | documents they have relating to this claim consist of e-mails many of which date back to

28 | shortly after the time of the fire.  They had difficulty assembling these documents and as a

1   result they were not able to complete their initial production due on April 1, 2011 and

2   instead were only able to make their initial production on April 15, 2011.  Their difficulties

3   in assembling these materials were further aggravated by Mr. McGrath's work.  The

4   company he works for recently received approval from European authorities for the

5   marketing of a new medication for patients suffering from terminal pulmonary illness. Mr.

6   McGrath was required to spend large amounts of time in Europe assisting in facilitating the

7   approval.  His absences caused additional difficulties in locating and assembling the

8   materials that were need for production.

9   5.  In mid-April I learned that Mrs. McGrath's 90 year old mother was seriously ill and was

10   hospitalized.  Her condition began to rapidly decline.  As a result of Mrs. McGrath's

11   mother's health, the McGraths cancelled the engagement party for their daughter set for the

12   weekend of April 30.  They also advised that they were uncertain that they could attend the

13   mediation scheduled on May 5 because they did not know whether Mrs. McGrath's

14   mother's health would further deteriorate.  In fact, Mrs. McGrath's mother passed away the

15   week of April 20th.

16   6.  Because of uncertainty over the McGrath's availability due to Mrs. McGrath's mother's

17   illness, we concluded that the May 5th mediation date had to be changed.  We subsequently

18   obtained additional mediation dates from Ms. Williamson and June 16th was the earliest

19   date that all parties were able to attend.  The mediation has therefore been rescheduled for

20   that date.

21   7.  I anticipate that all parties will be able to fully participate in the mediation on June 16th in

22   Oakland, California.

23   8.  There have been no other changes to the mediation date other than the one described

24   above.  The only other change to the scheduling I noted from the Court's docket is that the

25   original Case Management Conference date was rescheduled when this case was

26   reassigned.

27   9.  Based upon the foregoing Plaintiffs have stipulated with Defendant to continue the status

28   conference now set for May 27, 2011 to a date after the mediation that now set for June 16.

1        Executed under penalty of perjury under the laws of the State of California.

2

3  Dated:  April 28, 2011

4

5

6                        By:    /s/ Robert C. Chiles

7                             ROBERT C. CHILES
Attorneys for Plaintiffs Barrett McGrath and
Barbara McGrath

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28